IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TINA VU,
                Plaintiff,               :

              :

          v.                :      Civil No. 5:23-cv-03336-JMG

              :

MICHELLE L. KOTT, *et al.*,       :
                Defendants.      :

**ORDER**

**AND NOW**, this 31st day of May, 2024, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 22) and Plaintiff's Response in Opposition (ECF No. 26), **IT IS HEREBY ORDERED** that the Motion (ECF No. 22) is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** as follows:

1.    Count I is **DISMISSED** without prejudice.

2.    Count II is **DISMISSED** without prejudice.

3.    Count III, as it pertains to race discrimination, is **DISMISSED**, but **REMAINS**, as it pertains to sex discrimination.

4.    Count IV is **DISMISSED** with prejudice.

5.    Count V is **DISMISSED** with prejudice as it pertains to a property interest in continued employment, but **REMAINS**, as it pertains to a liberty interest in reputation.

6.    Count VI is **DISMISSED** without prejudice.

7.    Count VII is **DISMISSED** with prejudice.

8.    Count VIII **REMAINS**.

9.    Count IX is **DISMISSED** without prejudice.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge