**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**TINA VU,**
          *Plaintiff,*

    **v.**

**MICHELLE L. KOTT et al,**
          *Defendants.*

**Civil No. 23-3336**

## ORDER

**AND NOW**, this 5th day of March 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 48), and all corresponding briefing, and after conducting oral argument, it is hereby **ORDERED** that the motion is **GRANTED** for the reasons stated in the accompanying memorandum.  **JUDGMENT** is entered in favor of Defendants and against Plaintiff on all counts.  The Clerk of Court shall mark this case **CLOSED.**

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge